gument denied. Present—Centra, J.P., Sconiers, Valentino and Whalen, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARQUIS STANLEY, Appellant. [972 NYS2d 140]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Sconiers, Valentino and Whalen, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BLAIR CHATTLEY, Appellant. [972 NYS2d 140]—Motion for reargument denied. Present—Centra, J.P., Fahey, Peradotto and Lindley, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL YOUNG, Appellant. [972 NYS2d 140]—Motion for reargument denied. Present—Smith, J.P., Fahey, Peradotto, Carni and Lindley, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YUSEF BROWN, Appellant. [971 NYS2d 919]—Motion to dismiss granted. Memorandum: The matter is remitted to Onondaga County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or the counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER ROACH, Appellant, v DONALD SAWYER, Executive Director Central New York Psychiatric Center, Respondent. [971 NYS2d 920]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment [denominated order] of Supreme Court, Oneida County, Bernadette T. Clark, J.—Habeas Corpus). Present—Scudder, P.J., Fahey, Sconiers and Valentino, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBERT WRIGHT, Appellant. [972 NYS2d 925]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael L. D'Amico, J.—Attempted Criminal Possession of a Controlled Substance, 4th Degree). Present—Scudder, P.J., Fahey, Sconiers and Valentino, JJ.

(September 13, 2013)

██ In the Matter of KEVIN R. HARDWICK et al., Appellants, v DENNIS E. WARD et al., as Commissioners of and Constituting